

## NUMBER 13-23-00226-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

JOSE LUIS LOPEZ,                                                                                         Appellant,

v.

THE STATE OF TEXAS,                                                                                     Appellee.

## ON APPEAL FROM THE 206TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña**
**Memorandum Opinion by Justice Longoria**

Appellant, Jose Luis Lopez, perfected this appeal from three judgments of conviction entered by the 206th District Court of Hidalgo County, Texas in trial court cause number CR-1921-20-D. Lopez's appellate counsel has now filed a motion to permanently abate the appeal, based on the death of Lopez. Attached to the motion is a public

information disclosure sheet stating that Lopez passed away on April 10, 2024. *See* TEX. GOV'T CODE ANN. § 552.029(8). "If the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated." TEX. R. APP. P. 7.1(a)(2); *see Garcia v. State*, 840 S.W.2d 957, 958 (Tex. Crim. App. 1992) (per curiam) ("The death of an appellant during the pendency of an appeal deprives . . . the court of appeals of jurisdiction."). Accordingly, we hereby grant the motion filed on behalf of Lopez and order this appeal permanently ABATED.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
10th day of October, 2024.

2